DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-248 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| BISMARK MARTIN OCAMPO, ) | |
| Defendant, ) | |
| _____) | |

It is hereby stipulated and agreed to between Bismark Martin Ocampo through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney, that the status conference presently set for Monday, April 28, 2008 at 10:30 a.m. be vacated and rescheduled for a status conference on Monday, June 30, 2008, at 10:30 a.m.

Counsel for Defendant Ocampo has consulted with his client and advises the court and AUSA that Mr. Ocampo does not want to go to trial on the jury trial date as presently set. Counsel for Ocampo requests the court permit this statement to be on the record at the next scheduled appearance of June 30, 2008, or if the court deems an earlier declaration is necessary counsel will lodged that declaration with the court.

As further justification for continuance, counsel for defendant calendered the April

1  28,2008 date properly but failed to note the requirement of his appearance. Due to counsel's
2  failure to note the court's order, likely due to counsel dealing with a death in the family, counsel
3  rescheduled an investigative trip, which had previously been cancelled, to Texas and Florida..
4  The investigation in the case of U.S. v Mann 07-229 also involves participation of Federal Public
5  Defender, Matt Bockman, and two investigators, the trip is scheduled to begin Saturday, April 26
6  through Wednesday, April 30, 2008.

7  It is further stipulated that the period from April 28, 2008, through and including June 30,
8  2008 be excluded in computing the time within which trial must commence under the Speedy
9  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and
10 preparation of counsel.

12 Respectfully submitted,

14 Dated: April 24, 2008

15                                                 /s/ Dwight M. Samuel
                                                   DWIGHT M. SAMUEL
16                                                 Attorney for Defendant, Bismark Ocampo

17 Dated: April 24, 2008

19                                                 /s/Jason Hitt
                                                   JASON HITT
20                                                 Assistant United States Attorney

23 IT IS SO ORDERED.

24 Dated: April 29, 2008

                                                   _____
                                                   WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE