IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BISMARK MARTIN OCAMPO,

    Defendant.

No. CR. S-07-0248 WBS

<u>ORDER</u>

Counsel for defendant Ocampo requests the issuance of a subpoena duces tecum directed to the San Francisco Sheriff's Department for the release of custodial records related to his client. The request is granted.

The Clerk is directed to file the attached declaration and issue the subpoena. Once issued, the Clerk is directed to forward the completed subpoena to Mr. Samuel.

DATED: December 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE