UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BISMARK MARTIN OCAMPO,<br><br>            Defendant. | CR. NO. 2:07-248  WBS<br><br>ORDER |

----oo0oo----

On June 15, 2015, defendant Bismark Martin Ocampo filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). (Docket No. 1338.) The United States shall file an opposition to defendant's motion no later than July 13, 2015. Defendant may then file a reply no later than July 27, 2015. The court will then take the motion under submission.

1

    IT IS SO ORDERED.

Dated: July 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE