ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-00248-08 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **UNOPPOSED REQUEST TO MODIFY** |
| v. ) | **BRIEFING SCHEDULE; [PROPOSED]** |
| ) | **ORDER** |
| ) | |
| BISMARK MARTIN OCAMPO, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 15, 2015, Defendant, BISMARK MARTIN OCAMPO, filed a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 1338. On December 29, 2015, the Court adopted the parties' stipulation to modify the briefing schedule pertaining to an amended motion to reduce sentence. CR 1375. For the reasons set forth below, the parties file this stipulated request to vacate the current briefing schedule and re-set a new briefing schedule as follows:

Amended motion to reduce sentence        **April 15, 2016**

Government's opposition                  **April 29, 2016**

Defendant's reply, if any                **May 6, 2016**

The basis for the parties' request to modify the last briefing schedule was to await final decision by the Ninth Circuit on the petition for rehearing *en banc* granted in *United States v. Davis*, 776 F.3d 1088 (9th Cir.

UNOPPOSED REQUEST TO MODIFY BRIEFING SCHEDULE - 1

2015). CR 1374 at 2. As of the time of filing of this document, the Ninth Circuit has not yet issued a decision in *Davis*. The parties respectfully submit the Court should await the resolution of the petition for *en banc* review in *Davis* to ascertain the law to be applied to Mr. Ocampo's motion for a sentence reduction.

Therefore, the parties respectfully stipulate and request that this Court modify the briefing schedule as set forth above.

Dated: February 11, 2016               BENJAMIN WAGNER
                                       United States Attorney

                                 By:   /s/ Jason Hitt
                                       JASON HITT
                                       Assistant United States Attorney


Dated: February 11, 2016               /s/ Erin J. Radekin
                                       ERIN J. RADEKIN
                                       Attorney for Defendant
                                       BISMARK MARTIN OCAMPO

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the briefing schedule relating to defendant's motion pursuant to § 3582(c)(2) be modified as follows:

Amended motion to reduce sentence        **April 15, 2016**

Government's opposition                  **April 29, 2016**

Defendant's reply, if any                **May 6, 2016**

Dated:  February 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE