ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-cr-00248-08 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNOPPOSED REQUEST TO MODIFY** |
| v. | ) | **BRIEFING SCHEDULE; [PROPOSED]** |
| | ) | **ORDER** |
| BISMARK MARTIN OCAMPO, | ) | |
| Defendant. | ) | |

On June 15, 2015, Defendant, BISMARK MARTIN OCAMPO, filed a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2).  CR 1338.  On February 11, 2016, the Court ordered the briefing schedule pertaining to an amended motion to reduce sentence modified to await the final decision by the Ninth Circuit on the petition for rehearing *en banc* granted in *United States v. Davis*, 776 F.3d 1088 (9th Cir. 2015).  CR 1383.  Because the Ninth Circuit has not yet issued a decision in *Davis*, the parties respectfully request the Court again vacate the current briefing schedule and re-set a new briefing schedule, as follows:

| | |
|---|---|
| Amended motion to reduce sentence | **July 14, 2016** |
| Government's opposition | **August 4, 2016** |
| Defendant's reply, if any | **August 11, 2016** |

UNOPPOSED REQUEST TO MODIFY BRIEFING SCHEDULE - 1

As previously stated, the parties agree the final decision of the Ninth Circuit on the petition for rehearing *en banc* in *Davis* is relevant to the Court's determination of the issues raised in Mr. Ocampo's motion to reduce sentence. Accordingly, the parties respectfully stipulate and request that this Court modify the briefing schedule as set forth above.

Dated: April 15, 2016                                  BENJAMIN WAGNER
                                                       United States Attorney

                                              By:      /s/ Jason Hitt
                                                       JASON HITT
                                                       Assistant United States Attorney

Dated: April 15, 2016                                  /s/ Erin J. Radekin
                                                       ERIN J. RADEKIN
                                                       Attorney for Defendant
                                                       BISMARK MARTIN OCAMPO

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the briefing schedule relating to defendant's motion pursuant to § 3582(c)(2) be modified as follows:

    Amended motion to reduce sentence         **July 14, 2016**

    Government's opposition                    **August 4, 2016**

    Defendant's reply, if any                  **August 11, 2016**

Dated: April 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE