
ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00248-08 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO MODIFY BRIEFING SCHEDULE** |
| | ) | |
| | ) | |
| BISMARK MARTIN OCAMPO, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The deadline to file an amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) has been extended several times to await the decision on the petition for rehearing *en banc* in *United States v. Davis*, 776 F.3d 1088 (9th Cir. 2015).  Thereafter, the parties have re-set the dates to allow the Government to determine its position on Mr. Ocampo's motion.  Assistant United States Attorney Jason Hitt, who represents the United States in this matter, is evaluating a possible motion pursuant to Federal Rule of Criminal Procedure 35 based upon events in the Northern District of California and will address an Amendment 782 reduction, if any, when the decision on the Rule 35 motion is made; however, he needs additional time to obtain additional records in order to determine the extent of any Rule 35 reduction.

Accordingly, the parties stipulate and request that the current briefing schedule be vacated and that a date be set for the filing of a

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

1   stipulation by the parties regarding disposition of the motion to reduce

2   sentence, to wit, November 11, 2016.

3        Accordingly, the parties respectfully request the Court adopt the above

4   stipulation.

5   Dated: October 7, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney
6
                                       By:   /s/ Jason Hitt
7                                            JASON HITT
                                             Assistant United States Attorney
8

9
    Dated: October 7, 2016                   /s/ Erin J. Radekin
10                                           ERIN J. RADEKIN
                                             Attorney for Defendant
11                                           BISMARK MARTIN OCAMPO

12
                                    **ORDER**
13
         Pursuant to the parties' stipulation, and good cause appearing, it is
14
    hereby ordered that the current briefing schedule relating to defendant's
15
    motion pursuant to § 3582(c)(2) be VACATED, and that the following date be
16
    set for filing of a stipulation by the parties as to disposition of the
17
    motion: November 11, 2016.
18
    Dated:  October 7, 2016
19
                                             WILLIAM B. SHUBB
20                                           UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

            STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2