**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00248-08 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| | ) | |
| BISMARK MARTIN OCAMPO, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

       By stipulation of the parties, the deadline to file a stipulation regarding reduction in Mr. Ocampo's sentence pursuant to Amendment 782 and/or Rule 35 of the Federal Rules of Criminal Procedure is November 11, 2016.  CR 1444.  As stated in the prior stipulation, Assistant United States Attorney Jason Hitt is evaluating a possible motion pursuant to Federal Rule of Criminal Procedure 35 based upon events in the Northern District of California and will consider a reduction under Amendment 782 at the same time.  He has ordered transcripts to assist him in

this evaluation, but has not yet received them and completed his evaluation. He needs additional time to complete these tasks. Ms. Radekin concurs with this request.

Accordingly, the parties stipulate and request that the current deadline for filing the stipulation regarding reduction in Mr. Ocampo's sentence be vacated and that a new deadline be set, to wit, December 9, 2016.

Accordingly, the parties respectfully request the Court adopt the above stipulation.

Dated: November 11, 2016                      PHILLIP A. TALBERT
                                              Acting United States Attorney

                                       By:    /s/ Jason Hitt
                                              JASON HITT
                                              Assistant United States Attorney


Dated: November 11, 2016                      /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
                                              Attorney for Defendant
                                              BISMARK MARTIN OCAMPO


**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the current deadline for filing of the parties' stipulation regarding a reduction in defendant's sentence pursuant to Amendment 782 and/or Rule 35 be VACATED, and that the following date be set for filing of such stipulation: December 9, 2016.

Dated:  November 14, 2016

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE