ERIN J. RADEKIN
Attorney at Law – SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00248-08 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [~~PROPOSED~~]** |
| v. | ) | **ORDER TO EXTEND DUE DATE** |
| | ) | |
| | ) | |
| BISMARK MARTIN OCAMPO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 15, 2016, this Court ordered the deadline for the parties to file a stipulation regarding a potential motion pursuant to Federal Rule of Criminal Procedure 35 and a possible Amendment 782 reduction be extended to December 9, 2016.  CR 1463.

The government needs additional time to obtain records necessary to its determination of a Rule 35 reduction, and then to determine the appropriate reductions under Rule 35 and/or Amendment 782.  Ms. Radekin has no opposition to an extension of time to allow the government to complete these tasks.

Accordingly, the parties stipulate and request that the due date for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction be extended to January 20, 2017.

The parties respectfully request the Court adopt the above stipulation.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATE - 1

Dated: December 9, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                   By:   /s/ Jason Hitt
                                         JASON HITT
                                         Assistant United States Attorney


Dated: December 9, 2016                    /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           BISMARK MARTIN OCAMPO


**ORDER**

     Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the current deadline for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction, December 9, 2016, be VACATED, and that the deadline for filing of such stipulation be set on January 20, 2017.

Dated:   December 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE