**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2:07-CR-00248-08 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [**~~PROPOSED~~**]** |
| v. | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| **BISMARK MARTIN OCAMPO,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 9, 2016, this Court ordered the deadline for the parties to file a stipulation regarding a potential motion pursuant to Federal Rule of Criminal procedure 35 and a possible Amendment 782 reduction to be extended to January 20, 2017. CR 1478.

Assistant United States Attorney Jason Hitt has informed Ms. Radekin that he needs additional time to assess the appropriate reductions under Rule 35 and/or Amendment 782. Ms. Radekin has no opposition to an extension of time to allow the government to complete the tasks.

Accordingly, the parties stipulate and request that the date due for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction be extended to February 21, 2017. Assistant United States Attorney Jason Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

STIPULATION AND [PROPOSED] ORDER TO MODIFY REPLY BRIEF DUE DATE - 1

The parties respectfully request the Court adopt the above stipulation.

Dated: January 19, 2017                PHILLIP A. TALBERT
                                       Acting United States Attorney

                                  By:  /s/ Jason Hitt
                                       JASON HITT
                                       Assistant United States

Dated: January 19, 2017                /s/ Erin J. Radekin
                                       ERIN J. RADEKIN
                                       Attorney for Defendant
                                       BISMARK MARTIN OCAMPO

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the current deadline for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction, January 20, 2017 be VACATED, and that the deadline for filing of such stipulation be sent on February 21, 2017.

Dated:   January 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY REPLY BRIEF DUE DATE - 2