**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,   )<br>                              )<br>v.                            )<br>                              )<br>BISMARK MARTIN OCAMPO,        )<br>                              )<br>            Defendant.   )<br>_____ ) | 2:07-CR-00248-08 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO MODIFY BRIEFING<br>SCHEDULE** |

On January 23, 2017, this Court ordered the deadline for the parties to file a stipulation regarding a potential motion pursuant to Federal Rule of Criminal procedure 35 and a possible Amendment 782 reduction to be extended to February 21, 2017.  CR 1491.

Assistant United States Attorney Jason Hitt has informed Ms. Radekin that he needs additional time to assess the appropriate reductions under Rule 35 and/or Amendment 782.  Ms. Radekin has no opposition to an extension of time to allow the government to complete the tasks.

Accordingly, the parties stipulate and request that the date due for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction be extended to March 23, 2017.  Assistant United States Attorney Jason Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

The parties respectfully request the Court adopt the above stipulation.

Dated: February 21, 2017                PHILLIP A. TALBERT
                                        Acting United States Attorney

                                   By:  /s/ Jason Hitt
                                        JASON HITT
                                        Assistant United States

Dated: February 21, 2017                /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        BISMARK MARTIN OCAMPO

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the current deadline for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction, February 21, 2017 be VACATED, and that the deadline for filing of such stipulation be extended to March 23, 2017.

Dated:  February 22, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE