**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**BISMARK MARTIN OCAMPO,** )<br>)<br>Defendant. )<br>_____ ) | 2:07-CR-00248-08 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO MODIFY BRIEFING**<br>**SCHEDULE** |

On February 22, 2017, this Court ordered the deadline for the parties to file a stipulation regarding a potential motion pursuant to Federal Rule of Criminal procedure 35 and a possible Amendment 782 reduction to be extended to March 23, 2017.  CR 1499.

The reason for this request is that the government needs additional time to obtain all records necessary to assess the appropriate reductions under Rule 35 and/or Amendment 782.  Ms. Radekin has no opposition to an extension of time to allow the government to complete the tasks.

Accordingly, the parties stipulate and request that the date due for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction be extended to April 24, 2017.  Assistant United States Attorney Jason Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

The parties respectfully request the Court adopt the above stipulation.

Dated: March 23, 2017                      PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:    /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States

Dated: March 23, 2017                      /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           BISMARK MARTIN OCAMPO

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the current deadline for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction, March 23, 2017 be VACATED, and that the deadline for filing of such stipulation be extended to April 24, 2017.

Dated:  March 24, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2