**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
BISMARK MARTIN OCAMPO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:07-CR-00248 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| **BISMARK MARTIN OCAMPO**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 24, 2017, this Court ordered the deadline for the parties to file a stipulation regarding a potential motion pursuant to Federal Rule of Criminal procedure 35 and a possible Amendment 782 reduction to be extended to April 24, 2017.  CR 1514.

There have been a number of extensions of the deadline to file this stipulation while the government was awaiting records from the Northern District of California relevant to a possible reduction of Mr. Ocampo's sentence under Rule 35 and/or Amendment 782.  The government recently received the records and needs additional time to review them, assess whether to grant a Rule 35 and/or Amendment 782 reduction, and provide a draft of a stipulation to the defense.  Ms. Radekin will then need time to review the stipulation and communicate with her client.  The parties contemplate these

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

tasks will take approximately six weeks. Ms. Radekin has no opposition to this extension.

    Accordingly, the parties stipulate and request that the date due for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction be extended to June 12, 2017. Assistant United States Attorney Jason Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

    The parties respectfully request the Court adopt the above stipulation.

Dated: April 28, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ Jason Hitt
　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　Assistant United States

Dated: April 28, 2017　　　　　　　　　　/s/ Erin J. Radekin
　　　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　BISMARK MARTIN OCAMPO

**ORDER**

    Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the current deadline for the filing of a stipulation regarding a Rule 35 and/or Amendment 782 reduction, April 24, 2017 be VACATED, and that the deadline for filing of such stipulation be extended to June 12, 2017.

Dated:　May 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE