UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BISMARK OCAMPO,<br><br>　　　　Defendant. | No. 2:07-0248 WBS<br><br>**ORDER** |

----oo0oo----

The court having read and considered the Government's Motion for a Reduced Sentence Pursuant to Rule 35(B)(2) (Docket No. 1546), and good cause appearing therefor, the motion is hereby GRANTED, and defendant Bismark Ocampo's sentence is ORDERED reduced from a term of 336 months to a term of 180 months imprisonment. Counsel for the United States shall prepare and submit for signature the necessary documents to effectuate this Order.

　　　　IT IS SO ORDERED.

Dated: May 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE